**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**WEST PALM BEACH DIVISION**

| | | |
|---|---|---|
| JAMES PIET, individually and on behalf of all others similarly situated, | ) ) ) | CASE NO. 9:24-cv-81488-WPD |
| *Plaintiff(s),* | ) ) | |
| v. | ) ) | |
| OFFICE DEPOT, LLC, | ) ) | |
| *Defendant(s).* | ) ) | |

**NOTICE OF APPEAL**

Defendant, OFFICE DEPOT, LLC, appeals to the United States Court of Appeals for the Eleventh Circuit from the ORDER APPROVING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE; OVERRULING OBJECTIONS; DENYING MOTION TO COMPEL (the "Order") [D.E. 48].  This notice of appeal is timely because it is filed within 30 days of the order being appealed.  S*ee* Fed. R. App. P. 4(a)(1)(A).

A notice of appeal "encompasses all orders that, for the purposes of appeal, merge into the designated judgment or appealable order.  It is not necessary to designate those orders in the notice of appeal." Fed. R. App. P. 3(c)(4).

Nevertheless, in an abundance of caution, Plaintiff designated the following orders for appeal: (1) the Order Approving Report and Recommendation of Magistrate Judge; Overruling Objections; Denying Motion to Compel entered on February 12, 2026 [D.E. 48]; and (2) the Magistrate Judge's Report and Recommendation on Defendant's Motion to Compel Arbitration and Stay Proceedings entered on January 27, 2026 [D.E. 45].

Respectfully submitted this 13th day of March, 2026.

**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, PC**
200 East Broward Boulevard, Suite 2000
Fort Lauderdale, Florida 33301
Telephone: (954) 768-1600
*Counsel for Defendant, Office Depot, LLC*

By: */s/ Eve A. Cann*
    Eve A. Cann
    Florida Bar No.: 40808
    *ecann@bakerdonelson.com*
    Rebecca N. Reynolds
    Florida Bar No.: 1048963
    *rreynolds@bakerdonelson.com*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 13, 2026, a true and correct copy of the foregoing was filed with the Clerk of the Court via the CM/ECF portal, which will serve a notice of electronic filing on all counsel of record.

Christopher E. Berman, Esq.
**Shamis & Gentile, P.A.**
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: (305) 479-2299
ashamis@shamisgentile.com
cberman@shamisgentile.com
*Counsel for Plaintiff and the Class*

Scott Edelsberg, Esq.
**Edelsberg Law, P.A.**
20900 NE 30th Avenue, Suite 417
Aventura, FL 33180
Telephone: (786) 289-9471
Facsimile: (786) 623-0915
scott@edelsberglaw.com
*Counsel for Plaintiff and the Class*

    */s/Eve A. Cann*
    Eve A. Cann